IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULOGIN LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPEDIA, INC.,<br><br>    Defendant. | Civil Action No.  2:15-cv-00534-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff uLogin LLC, pursuant to Fed. R. Civ. P. 41(a) (1) and (2), hereby files a notice of dismissal of, and moves for an order dismissing, all claims against Defendant Expedia, Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

                                Respectfully submitted,

Dated:  August 27, 2015         By:    */s/ Andrew W. Spangler*
                                       Andrew W. Spangler TX SB #24041960
                                       Spangler Law P.C.
                                       208 N. Green Street, Suite 300
                                       Longview, TX 75601
                                       Telephone: (903) 753-9300
                                       Facsimile: (903) 553-0403
                                       spangler@spanglerlawpc.com

                                       Stamatios Stamoulis DE SB #4606
                                       Richard C. Weinblatt DE SB #5080
                                       Stamoulis & Weinblatt LLC
                                       Two Fox Point Centre
                                       6 Denny Road, Suite 307
                                       Wilmington, DE 19809
                                       Telephone: (302) 999-1540
                                       Facsimile: (302) 762-1688

1

stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff uLogin LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2015 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Andrew W. Spangler*
Andrew W. Spangler